*In re* JOAQUÍN PEÑA PEÑA.

*Número:* TS-3369          *Resuelto:* 7 de abril de 2004

*Ignacio Fernández Lahon Grais*, abogado de la parte peticionaria; *Joaquín Peña Peña*, peticionario.

## RESOLUCIÓN

Examinados la Petición de Readmisión y todos los documentos presentados en este caso, *se autoriza la reinstala-*

*ción del Sr. Joaquín Peña Peña al ejercicio de la abogacía y a la notaría.*

La petición de reinstalación de Peña Peña fue acompañada por numerosos testimonios favorables de personas que le conocen personalmente, incluyendo familiares, varios abogados, funcionarios públicos y del Colegio de Abogados de Puerto Rico, que en conjunto apoyan el criterio de que el peticionario debe ser reinstalado.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez lo referiría a la Comisión de Reputación para investigación e informe.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*